| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:11-mj-00139 DAD |
| ) | |
| ROBERT TODD BRUCE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    ROBERT TODD BRUCE
Detained at (custodian):    High Desert State Prison - Susanville

Detainee is:
- a.) (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint charging detainee with: Bank Robbery (2-Counts)
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:      /s/ Michelle Rodriguez
Printed Name & Phone No:      Michelle Rodriguez (916) 554-2773
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 14, 2011

    /s/ Kendall J. Newman
    United States District/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Cistone | Gender: Male |
| Booking or CDC #: | G50241; CII CA 11265966 | DOB: 10/28/1960 |
| Facility Address: | 711-045 Center Rd. | Race: White |
| | Susanville, CA 96127 | FBI #: 903884V2 |
| Facility Phone: | (530) 257-2181 | |
| Currently Incarcerated For: | Bank Robbery | |

---

**RETURN OF SERVICE**

Executed on _____      By: _____
                                                                                                  (Signature)